all items entered, or withdrawn from warehouse, for consumption on and after September 10, 1955, at 45 percent under said paragraph, as modified by the Japanese Protocol to the General Agreement on Tariffs and Trade (T.D. 53865), supplemented by Presidential proclamation (T.D. 53877).

No. 66620.—Kreiss & Co., Ltd., et al. *v.* United States, protests 59/5513, etc. (Los Angeles).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of tile pictures in wood frames similar in all material respects to those the subject of *Kreiss & Co., Ltd., et al.* v. *United States* (46 Cust. Ct. 236, C.D. 2261), the claim of the plaintiffs was sustained.

No. 66621.—Quon Quon Company *v.* United States, protests 59/5828, etc. (Los Angeles).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of tile pictures in wood frames similar in all material respects to those the subject of *Kreiss & Co., Ltd., et al.* v. *United States* (46 Cust. Ct. 236, C.D. 2261), the claim of the plaintiff was sustained.

No. 66622.—New York Merchandise Co., Inc., et al. *v.* United States, protests 59/22099, etc. (Los Angeles).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of tile pictures in wood or metal frames similar in all material respects to those the subject of *Kreiss & Co., Ltd., et al.* v. *United States* (46 Cust. Ct. 236, C.D. 2261), the claim of the plaintiffs was sustained.

No. 66623.—James G. Wiley, a/c K. H. Nishi & Son, et al. *v.* United States, protests 60/30902, etc. (Los Angeles).